**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Re:  JOSEPH A CERRONI, JR,    )  2:26-mc-00133-CB
*Pa. ID No. 30921.*       )
             )  Chief Judge Cathy Bissoon

**ORDER**

Joseph A. Cerroni, Jr., Esq., has not timely responded to the Court's Order to Show Cause; and, thus, has not shown cause under LCvR 83.3.D why the discipline entered by the State Court/Bar should not be entered, reciprocally, here.  It, therefore, is **ORDERED** that Attorney Cerroni hereby is **SUSPENDED** by this Court, for a period of one year and one day, effective February 11, 2026.

The Clerk of Court shall suspend Attorney Cerroni's CM/ECF user account(s), and identify Attorney Cerroni as being suspended in the Court's attorney admission records.

Petitions for reinstatement are governed by LCvR 83.3.G.  Given that Attorney Cerroni's CM/ECF user account(s) have been deactivated, all papers for filing, including any petition for reinstatement, shall be transmitted to the undersigned's Chambers.  Submissions(s) must be accompanied by a cover letter briefly summarizing the circumstances leading thereto. Hard copies may be sent, via First-Class U.S. Mail, to the following address:

> Chief Judge Cathy Bissoon's Chambers
> Re: Suspended or Disbarred Attorney/Reinstatement
> Attn: DCD
> U.S. Courthouse
> Pittsburgh, PA  15219

Alternatively, submissions may be emailed to:  Bissoon_External@pawd.uscourts.gov –

subject line: "Re: Suspended or Disbarred Attorney/Reinstatement." The cover letter summary may be provided in the body of the email message.

A copy of this Order will be sent, via Certified Mail, to the mailing address that Attorney Cerroni maintains with the Pennsylvania Disciplinary Board, because he does not maintain a mailing address with this Court.

IT IS SO ORDERED.


March 18, 2026                              s/Cathy Bissoon
                                           Cathy Bissoon
                                           Chief United States District Judge


cc (via Certified Mail):

Joseph A. Cerroni, Jr., Esq.
5033B Backlick Rd.
Annandale, VA  22003-6046